# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

**IN RE:** Edward William Kaiser  
       Regina Helena Kaiser

               Debtor(s)

**BK NO. 24-02158 MJC**

**Chapter 7**

## ENTRY OF APPEARANCE AND REQUEST FOR NOTICES

To the Clerk:

    Kindly enter my appearance on behalf of PENNYMAC LOAN SERVICES, LLC and index same on the master mailing list.

                                  Respectfully submitted,

/s/ Brent J. Lemon  
Brent Lemon  
06 Sep 2024, 12:18:41, EDT

                          KML Law Group, P.C.  
                          BNY Mellon Independence Center  
                          701 Market Street, Suite 5000  
                          Philadelphia, PA  19106  
                          215-627-1322